IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL SOURYAVONG, et al.,

    Plaintiffs,

    v.

LACKAWANNA COUNTY, et al.,

    Defendants.

CIVIL ACTION NO. 13-1534

(JUDGE CAPUTO)

NELSON ROLON,

    Plaintiff,

    v.

LACKAWANNA COUNTY, et al.,

    Defendants.

CIVIL ACTION NO. 13-CV-1581

(JUDGE CAPUTO)

### JURY VERDICT QUESTIONNAIRE

Please read this form carefully and complete it once you have decided on your verdict. Before any answer can be made to any of the questions listed below, all members of the jury must agree as to the answer.

1) Did Defendant Lackawanna County violate the Fair Labor Standards Act?

    Yes __X__   No _____

2) Did Defendant Lackawanna County post notice of Plaintiffs' rights under the Fair Labor Standards Act in their work area?

    Yes __X__   No _____

*If you answer yes to question 2, then a two-year statute of limitations will apply and there will be no equitable tolling. You should award damages for Plaintiffs Michael Souryavong and Edwin Velez for overtime owed dating back to **June 7, 2011** (two years prior to the date they filed their complaint), and you should award damages for Plaintiff Nelson Rolon for overtime owed dating back to **June 12, 2011** (two years prior to the date he filed his complaint).*

*If you answer no to question 2, equitable tolling will apply and Plaintiffs should be awarded all overtime owed since the beginning of their employment with the County.*

3) What amount of overtime pay should be paid to Michael Souryavong for Defendant Lackawanna County's violation of the Fair Labor Standards Act?

$ ~~$~~ $608.30 (Fill in Dollar Figure)

4) What amount of overtime pay should be paid to Edwin Velez for Defendant Lackawanna County's violation of the Fair Labor Standards Act?

$ $4672.50 (Fill in Dollar Figure)

5) What amount of overtime pay should be paid to Nelson Rolon for Defendant Lackawanna County's violation of the Fair Labor Standards Act?

$ $307.50 (Fill in Dollar Figure)

Have the presiding juror sign and date this form.

Signature: *Lauren M Partel*

Print: Lauren M Partel

Date: 11/4/15