IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SOURYAVONG and EDWIN VELEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LACKAWANNA COUNTY and LACKKAWANNA COUNTY DEPUTY SHERIFF'S ASSOCIATION, <br><br> Defendants. | CIVIL ACTION NO. 3:13-CV-1534 <br><br> HONORABLE <br> A. RICHARD CAPUTO <br><br> ELECTRONICALLY FILED <br><br> JURY TRIAL DEMANDED |

## ORDER

**AND NOW** this 12th day of January, 2016, upon consideration of the Motion of the Defendant Lackawanna County for Hearing on Plaintiff's Motion for Attorney Fees, and any response thereto, and it appearing to the Court that such a Hearing is appropriate,

*IT IS HEREBY ORDERED* that Defendant Lackawanna County's Motion for Hearing is **GRANTED** and a Hearing is scheduled for **TUESDAY, JANUARY 26, 2016 at 10:00 a.m.,** Courtroom #3, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

_____
A. RICHARD CAPUTO
UNITED STATES DISTRICT JUDGE